296 So.2d 793

In re Randall A. SHIELDS

v.

STATE.

Ex parte Randall A. Shields.

SC 836.

Supreme Court of Alabama.

June 20, 1974.

Watts, Salmon, Roberts, Manning & Noojin, Huntsville, for petitioner.

No brief for the State.

MERRILL, Justice.

Petition of Randall A. Shields for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Shields v. State, 52 Ala.App. 690, 296 So.2d 786.

Writ denied.

HEFLIN, C. J., and HARWOOD, McCALL and FAULKNER, JJ., concur.

■

294 So.2d 448

In re David SHIFLETT

v.

STATE.

Ex parte David Shiflett.

SC 649.

Supreme Court of Alabama.

May 9, 1974.

Betty C. Love, Talladega, for petitioner.

No brief for the State.

HARWOOD, Justice.

Petition of David Shiflett for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Shiflett v. State, 52 Ala.App. 476, 294 So.2d 444.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and FAULKNER, JJ., concur.

■

298 So.2d 642

In re William Eugene SINGLETON

v.

STATE.

Ex parte William Eugene Singleton.

SC 928.

Supreme Court of Alabama.

Aug. 8, 1974.

Hank Fannin, Talladega, for petitioner.

No brief for the State.

HARWOOD, Justice.

Petition of William Eugene Singleton for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Singleton v. State, 53 Ala.App. 219, 298 So.2d 639.

Writ denied.

HEFLIN, C. J., and MERRILL, COLEMAN and MADDOX, JJ., concur.